**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PEDRO CERUTTI,**

               **Plaintiff,**

**-vs-**                                                            **Case No. 6:11-cv-1643-Orl-31KRS**

**ORANGE COUNTY SHERIFF'S DEPARTMENT,**

               **Defendants.**

_____

# ORDER

On November 30, 2011, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 7), recommending that motion to proceed *in forma pauperis* (Doc. 6) be DENIED. Plaintiff filed timely objections to the Report (Doc. 8). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The motion to proceed *in forma pauperis* is DENIED. Plaintiff will be given one more opportunity to file a second amended complaint that satisfies basic pleading requirements. The second amended complaint must be filed by December 23, 2011. If the second amended complaint is not timely filed, this case will be dismissed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 7, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party