**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PEDRO CERUTTI,**

        **Plaintiff,**

-vs-                                              Case No. 6:11-cv-1643-Orl-31KRS

**ORANGE COUNTY SHERIFF'S DEPARTMENT,**

        **Defendants.**

_____

## ORDER

On January 6, 2012, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 12), recommending that Motion for Relief of a[n] Attorney (Doc. 11) be DENIED and that the case be DISMISSED.  Plaintiff filed timely objections to the Report (Doc. 13).   Upon *de novo* review of the above, it is, therefore

**ORDERED** that:

1.    The Report and Recommendation of the Magistrate Judge is Confirmed and Adopted;

2.    This case is DISMISSED, and the Motion for Relief of a[n] Attorney is DENIED.  The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 17, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE